IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                           No. CR S-93-0016 LKK EFB P

    vs.

DONALD F. MARUTZ,

    Movant.                                              <u>ORDER</u>

_____/

    Movant has requested an extension of time to file and serve objections to the February 4, 2009, findings and recommendations.

    Good cause appearing, it is ORDERED that movant's February 19, 2009 request is granted and movant shall file and serve his objections to the February 4, 2009, findings and recommendations on or before March 30, 2009.

DATED: February 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE