1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   DONALD FREDERICK MARUTZ
7

8
                        UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | No.  Cr. S 2:93-cr-16 MCE

12 |              Plaintiff,             | **STIPULATED MOTION AND ORDER TO
                                          REDUCE SENTENCE PURSUANT TO 18
13 |       v.                           | U.S.C. § 3582(c)(2)**

14 | DONALD FREDERICK MARUTZ,           | RETROACTIVE DRUGS-MINUS-TWO
                                          REDUCTION CASE
15 |              Defendant.            |
                                          Judge:  Honorable MORRISON C. ENGLAND, JR.
16

17        Defendant, DONALD FREDERICK MARUTZ, by and through his attorney, Assistant

18 Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and

19 through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20        1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24        2.      On April 4, 1996, this Court sentenced Mr. Marutz to a term of 300 months on

25 each of Counts One and Two (violations of 21 U.S.C. §§ 846 and 841(a)(1)), 120 months on

26 Count three (violation of 21 U.S.C.  841(d)(2)) all to be served concurrently, and a term of 60

27 months on Count Four (violation of 18 U.S.C. § 3146) to be served consecutively, for a total

28 term of 360 months imprisonment;

   Stipulation and Order Re: Sentence Reduction          1

1

2

3.      His total offense level was 42, his criminal history category was I, and the

resulting guideline range was 360 months to life;

4.      The sentencing range applicable to Mr. Marutz was subsequently lowered by the

United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

see 79 Fed. Reg. 44,973;

5.      Mr. Marutz's total offense level has been reduced from 42 to 40, and his amended

guideline range is 292 to 365 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith

reducing Mr. Marutz's term of imprisonment to 292 months on each of Counts One and Two,

120 months on Count three, all to be served concurrently, and a term of 60 months on Count

Four, to be served consecutively, for a total term of 352 months imprisonment.

Respectfully submitted,

Dated:  October 28, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   October 28, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
DONALD FREDERICK MARUTZ

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

3

   This matter came before the Court on the stipulated motion of the defendant for reduction

4

of sentence pursuant to 18 U.S.C. § 3582(c)(2).

5

   The parties agree, and the Court finds, that Mr. Marutz is entitled to the benefit

6

Amendment 782, which reduces the total offense level from 42 to 40, resulting in an amended

7

guideline range of 292 to 365 months.

8

   IT IS HEREBY ORDERED that the term of imprisonment imposed in April 1996 is

9

reduced to 292 months on each of Counts One and Two, 120 months on Count three, all to be

10

served concurrently, and a term of 60 months on Count Four, to be served consecutively, for a

11

total term of 352 months imprisonment.

12

   IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

13

remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

14

reduction in sentence, and shall serve certified copies of the amended judgment on the United

15

States Bureau of Prisons and the United States Probation Office.

16

   Unless otherwise ordered, Mr. Marutz shall report to the United States Probation Office

17

within seventy-two hours after his release.

18

   IT IS SO ORDERED.

19

DATED:  November 09, 2015

20

21

_____
  MORRISON C. ENGLAND, JR, CHIEF JUDGE
  UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

Stipulation and Order Re: Sentence Reduction     3